UNITED STATES DISTRICT COURT
District of Maine

|  |  |
|---|---|
| DAVID TRASK,<br>　　　　　Plaintiff<br><br>v.<br><br>TOWN OF MADISON, SOMERSET<br>COUNTY, and DALE LANCASTER,<br>　　　　　Defendants | )<br>) Docket No. 1:16-cv-00077-NT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS SOMERSET COUNTY AND DALE LANCASTER TO FIRST AMENDED COMPLAINT**

　　　　NOW COME Defendants Somerset County and Dale Lancaster, by and through undersigned counsel, and hereby answer and affirmatively defend Plaintiffs First Amended Complaint as follows:

**AFFIRMATIVE DEFENSES**

　　　　A. Plaintiff's First Amended Complaint fails to state a cause of action upon which relief may be granted.

　　　　B. Plaintiff has failed to mitigate his damages as required by law.

　　　　C. Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

　　　　D. Plaintiff's damages were directly and proximately caused by a legally sufficient superseding/intervening cause.

　　　　E. Defendant Dale Lancaster, in his individual capacity, is entitled to qualified immunity.

# ANSWER

## Summary of the Action

1. These Defendants deny the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

## Parties

2. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

3. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

4. These Defendants admit the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

5. These Defendants admit the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

## Jury Trial Demand

6. No response is required, as there are no allegations contained in this paragraph of Plaintiff's First Amended Complaint.

## Factual Allegations

7. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

8. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

9. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

10. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

11. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

12. These Defendants deny the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

13. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

14. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

15. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

16. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

17. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

18. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

19. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

20. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's First Amended Complaint and therefore denies same.

### Legal Claims
### (Federal Constitutional Due Process)

21. These Defendants repeat and reassert their responses to Paragraphs 1 through and including 20 of Plaintiff's First Amended Complaint as if fully set forth herein.

22.  These Defendants deny the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

### State Law Wrongful Termination Claim

23.  These Defendants repeat and reassert their responses to Paragraphs 1 through and including 20 of Plaintiff's First Amended Complaint as if fully set forth herein.

24.  These Defendants deny the allegations contained in this paragraph of Plaintiff's First Amended Complaint.

WHEREFORE, Defendants Somerset County and Dale Lancaster pray that judgment be entered in their favor and against Plaintiff on all counts which address them, plus their costs, interest, and attorneys fees.

Dated: February 11, 2016                         /s/ Peter T. Marchesi
                                                 Peter T. Marchesi, Esq.

                                                 /s/ Cassandra S. Shaffer
                                                 Cassandra S. Shaffer, Esq.

                                                 Wheeler & Arey, P.A.
                                                 Attorneys for Defendants Somerset County
                                                     and Dale Lancaster
                                                 27 Temple Street, P.O. Box 376
                                                 Waterville, ME 04903-0376

## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| DAVID E. TRASK,<br>　　　　　Plaintiff<br><br>v.<br><br>TOWN OF MADISON, SOMERSET COUNTY, and DALE LANCASTER,<br>　　　　　Defendants | Docket No. 1:16-cv-00077-NT |

## CERTIFICATE OF SERVICE

　　　I, Peter T. Marchesi, Esq., attorney for Defendants Somerset County and Dale Lancaster, hereby certify that:

- Answer and Affirmative Defenses of Defendants Somerset County and Dale Lancaster to First Amended Complaint

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　Jeffrey N. Young, Esq.　　　　*jyoung@johnsonwebbert.com*
　　　Roberta de Araujo, Esq.　　　 *rdearaujo@johnsonwebbert.com*
　　　Mark V. Franco, Esq.　　　　 *mfranco@thompsonbowie.com*

Dated: February 11, 2016　　　　　　　　/s/ Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Defendants Somerset County and
　　　　　　　　　　　　　　　　　　　　Dale Lancaster
　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　27 Temple Street, P.O. Box 376
　　　　　　　　　　　　　　　　　　　Waterville, ME  04903-0376