United States District Court

District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2016 MAY -6  P 1:06

BY_____
DEPUTY CLERK

Motion to Dismiss Without Prejudice, case number: 1:16-cv-00077-NT

Magistrate Judge John C. Nivison

My name is David Trask and I am the plaintiff in the above referenced matter. After consulting competent legal counsel, I am formally moving to have the above referenced case dismissed without prejudice. Opposing counsel have waived the requirement that I serve them individually with this motion and have expressed that they have no objections to this.

Respectfully submitted;

David E. Trask

*David Trask*
5-6-16

David E. Trask

503 East River Road

Skowhegan, Maine 04976

#207-431-4343

e-mail <sgtdtrask@yahoo.com>